**George Randolph SUTTON, Jr.,
Plaintiff—Appellant,**

v.

**J. MEMMELAAR, Lieutenant, SBI
Drug Detective; Mike K. Horstman,
SBI Drug Detective; Jerry Mozingo,
IRS State Official; C.B. Vickory, District Attorney, Defendants—Appellees.**

No. 05–7707.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 19, 2006.

George Randolph Sutton, Jr., Appellant
Pro Se.

Before WILLIAMS, MOTZ, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

George Sutton, Jr. appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint and denying his
subsequent motion for reconsideration.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
both orders for the reasons stated by the
district court. *See Sutton v. Memmelaar,*
No. 5:05–CT–257–BO (W.D.N.C. Sept. 22,
2005); *Sutton v. Memmelaar,* No. 5:05–
CT–257–BO (W.D.N.C. June 9, 2005). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*